JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| V.A.F. minor by and through her guardian ad litem SANDY FLORES,<br><br>Plaintiff,<br><br>v.<br><br>LONG BEACH UNIFIED SCHOOL DISTRICT; JONATHAN HAYES; and DOES 1 through 100, inclusive,<br><br>Defendants | Case No. 2:22-cv-09060-JLS-AFM<br><br>**ORDER REMANDING ACTION TO STATE COURT** |

**ORDER**

In light of Plaintiff's First Amended Complaint, wherein Plaintiff dismissed all claims based on federal questions, the Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims. The Court had original jurisdiction over Plaintiff's claims at the time of removal because Plaintiff was asserting federal claims, but it has the discretion to remand the case now that those claims are no longer part of the action. *See* 28 U.S.C § 1367(c)(3) (providing that a district court has the discretion to decline supplemental jurisdiction over state law claims once it "has dismissed all claims over which it has original jurisdiction").

Accordingly, IT IS HEREBY ORDERED that the above-captioned action, Case No. 22STCV30215, be REMANDED to the Superior Court of the State of California for the County of Los Angeles.

DATED: February 7, 2023

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE